IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | No. 14-4417 |
| ) | |
| ) | |
| CONFESSOR LLAMAS ) | |

## MOTION TO EXTEND BRIEF DEADLINE

NOW COMES THE APPELLANT, Confessor Llamas, by and through his undersigned counsel, and hereby requests a 17-day extension from the current brief due date established in this case. In support of this motion the Appellant shows the following:

1. Counsel has been appointed in Appellant's case.

2. Under the current briefing order, the Appellant's brief and appendix is due on September 5, 2014.

3. In addition to his regular court duties, counsel drafted and filed an appeal brief in the cases of *United States v. Carlos Riley, Jr.,* docket number 14-4266 on September 5, 2014. While Counsel has been working on Mr. Llamas's appeal brief as well, there are several issues involved in his case that require additional research and writing.

4. Counsel respectfully requests the additional time that is needed to complete his appeal.

5. The Assistant United States Attorney of record, Graham T. Green, does not object to the granting of this request.

WHEREFORE, Counsel respectfully requests a 17-day extension from the current brief due date previously established in this case.

Respectfully submitted this the 5th day of September, 2014

/s/Michael E. Archenbronn
Michael E. Archenbronn
Attorney for Defendant
salemlawyer@juno.com
301 South Liberty Street
Winston Salem, NC 27101
336.725.1272

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Appellant, certify that the foregoing Motion was served upon the Assistant United States Attorney for the Middle District of North Carolina, Graham, by electronic filing on September 05, 2014. A copy was also mailed to Appellant on this day as well.

/s/Michael E. Archenbronn
Michael E. Archenbronn
Attorney for Defendant
salemlawyer@juno.com
301 South Liberty Street
Winston Salem, NC 27101
336.725.1272